

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Dr. I. A. Grist
Chief Veterinarian
Livestock Sanitary Commission
2002 W. T. Waggoner Building
Fort Worth 2, Texas

Dear Dr. Grist:

Opinion No. O-6449
Re: Procedure necessary for the
transfer of equipment and sup-
plies used in the study of
bitterweed control by the
Livestock Sanitary Commission
to the A. & M. College.

Your recent letter advises this department that
the departmental appropriation bill of the 42nd Legislature
(Acts of the 42nd Legislature, 1931, page 715) appropriated
to the Livestock Sanitary Commission the sum of $20,000.00
"for the purchase of necessary equipment and supplies to be
used in the study of the control of bitterweed under the di-
rection of the A. & M. College at Experiment Station No. 14."
The Livestock Sanitary Commission accordingly erected build-
ings, purchased office and laboratory equipment and supplies
and machinery and implements to carry out the purpose of the
appropriation. The entire project was and, so you state, has
remained continuously in the property accounts and under the
direction of the A. & M. Experiment Station; but, the expend-
iture of the appropriation was accounted for in the appropria-
tion ledger then kept by the Livestock Sanitary Commission.
You request this department's opinion as to the procedure nec-
essary for the transfer of this property from the Livestock
Sanitary Commission to the A. & M. College.

The appropriation authorized "the purchase of nec-
essary equipment and supplies" - - nothing was said about the
erection of a building to house the equipment and the supplies.
Subject to Constitutional Limitations, the State Legislature
controls the property of the State. The writer, after a careful

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Dr. E. A. Grist, page 2

review of our constitution and statutes, failed to find any provisions applicable to the facts under consideration.

The Legislature controls the disposition of the property of the State and it will therefore take an act of the Legislature to transfer the mentioned property to A. & M. College. (McDonald v. Kentucky University, 225 Ky. 205, 7 S. W. (2d) 1046).

                                    Yours very truly

                                    ATTORNEY GENERAL OF TEXAS

APPROVED APR 30 1945

FIRST ASSISTANT
ATTORNEY GENERAL

                              BY

                                    David Wuntch
                                    Assistant

DW:zd

